IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CARDELL HUNES**                                                                                            **PETITIONER**
**ADC #76654**

v.                        **CASE NO. 5:16-CV-00232 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                               **RESPONDENT**

## ORDER

The recommended disposition [Doc. No. 15] submitted by United States Magistrate Judge J. Thomas Ray has been received. Petitioner Cardell Hunes has not submitted objections. After careful consideration of the record, the recommended disposition is adopted in its entirety. Accordingly, Hunes's petition for writ of *habeas corpus* [Doc. No. 2] is dismissed with prejudice, and the relief sought is denied. A certificate of appealability will not be granted because Hunes has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

IT IS SO ORDERED this 27th day of April 2017

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE